JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No. CV11-09561 WDK(Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MADHU PAPUDESI, et al.,** | |
| Defendant. | |

The notice of plaintiff's acceptance of defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure Rule 68, having come before the Court, and the Court having found that the acceptance of offer of judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff Joe Hand Promotions, Inc. is awarded final judgment against the defendants Madhu Papudesi, an individual d/b/a Round Table Pizza a/k/a Diamond Bar Round Table Pizza, and Krishna Papudesi, an individual d/b/a Round Table Pizza a/k/a Diamond Bar Round Table Pizza, and Shrinivasa Enterprises, Inc., d/b/a Round Table Pizza a/k/a Diamond Bar Round Table Pizza.

//

1 |     Defendants shall pay the plaintiff, Joe Hand Promotions, Inc. in the amount of four thousand five hundred and one dollar ($4,501.00).

    IT IS SO ORDERED.

Dated: July 17, 2012

_____
William Keller
United States District Judge